UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRINA V. JENSEN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZURICH LIFE INSURANCE CO.,<br><br>　　　　　　　　　Defendant. | No. C05-0215P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on Plaintiff's Motion for leave to file an amended complaint. Having reviewed Plaintiff's Motion, Defendant's Opposition, and all pleadings and papers pertinent to this motion, the Court GRANTS Plaintiff's Motion. Under Fed. R. Civ. P. 15(a) a plaintiff may amend a complaint after defendant has filed a responsive pleading by leave of the Court, or with the consent of the opposing party. If the plaintiff seek's the Court's consent, "leave shall be freely given when justice so requires." At this early stage of litigation, the Court agrees with Plaintiff that it is preferable to allow claims to go forward so that the Court may reach the merits of the case. For this reason, the Court GRANTS Plaintiff's motion and directs the Plaintiff to file its Amended Complaint. The Court directs Defendant to plead in response to the Amended Complaint within ten (10) days after service of the Amended Complaint or in the time remaining for response to the original pleading, whichever amount of time is longer.

The Clerk of the Court shall direct a copy of this order be sent to all counsel of record.

　　　　Dated: June 28th, 2005.

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER - 2